DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 



 NO. 12-02-00085-CV



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


JANICE ANNE STRAIN,
§
 APPEAL FROM THE

APPELLANT


V.
§
 COUNTY COURT AT LAW #1


JOHN D. STRAIN,

APPELLEE
§
 SMITH COUNTY, TEXAS

 

PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellant has met the requirements of Tex.
R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered April 12, 2002.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.











(DO NOT PUBLISH)